UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Jonathan D Morrone<br>Debtor, | Chapter: 13<br>Case No: 15−12478<br>Judge Joan N. Feeney |

## NOTICE OF PROOF OF CLAIM FILED UNDER FED. R. BANKR. P. 3004

TO:   CITY OF NEWTON

Pursuant to Fed. R. Bankr. P. 3004 you are hereby notified that on **DECEMBER 9, 2015** the Trustee or the Debtor(s) filed a proof of claim on your behalf pursuant to Fed. R. Bankr. P. 3004 in the above−referenced case.

If you disagree with the amount or any aspect of this proof of claim, **you must file an amended proof of claim. The deadline to file with the court an amended proof of claim is on or before JANUARY 25, 2016.** The amended proof of claim shall be filed with the court at the address provided below, or you may file electronically if you are a registered user of CM/ECF in this court. See MLBR Appendix 8. You shall also file a certificate of service with the court within seven (7) days of the filing of the amended proof of claim reflecting service of the amended proof of claim on the Debtor, the Debtor's attorney and the Trustee. To obtain a proof of claim form (Official Form 410) or to learn more about filing the amended claim form electronically, please visit www.mab.uscourts.gov.

**FAILURE TO FILE AN AMENDED PROOF OF CLAIM BY THIS DEADLINE MAY PERMANENTLY AFFECT YOUR RIGHTS TO DISTRIBUTION, IF ANY, UNDER THE PLAN, YOUR RIGHTS AGAINST THE DEBTOR(S), AND ANY RIGHTS AFTER THE PLAN COMPLETION AND DISCHARGE.**

You may wish to consult with legal counsel as to your rights and obligations in this case. Questions about the claim should be directed to the party who filed the proof of claim on your behalf.

| | |
|---|---|
| Date:12/10/15 | James M. Lynch<br>Clerk, U.S. Bankruptcy Court |
| | By the Court,<br><br>William McLeod<br>Deputy Clerk<br>617−748−5351 |

| **Trustee**<br>Carolyn Bankowski−13<br>Chapter 13 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114<br>Telephone number:<br>617−723−1313 | **Debtor if Pro se/Debtor's Attorney**<br>Jordan L. Shapiro<br>Shapiro & Hender<br>105 Salem Street<br>Malden, MA 02148<br>Telephone number: (781) 324−5200 | **Court Address**<br>U. S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109−3945 |